UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| KRISTOPHER McDONALD, | ) | NO. 1:24-cr-00090-TWP-MJD |
| a/k/a Barone Santiago, | ) | |
| a/k/a Solja, | ) | |
| Defendant, | ) | |

## GOVERNMENT'S FINAL EXHIBIT LIST

The government may introduce the following exhibits in its case-in-chief. In the event the exhibit list needs to be supplemented, the government reserves the right to provide notice of the new evidence at least 72 hours before the evidence is presented.

| | Description | Offered | Admitted | Denied |
|---|---|---|---|---|
| | **Crime Scene Evidence (1-60)** | | | |
| 1 | Fired bullet [IMPD Ex. 1] | | | |
| 2 | Fired bullet [IMPD Ex. 2] | | | |
| 3 | FN Herstal pistol, serial # 386439400 [IMPD Ex. 3] | | | |
| 4 | Fired bullet [IMPD Ex 4] | | | |
| 5 | Fired 5.7 x 28 caliber cartridge case [IMPD Ex. 5] | | | |
| 6 | Fired bullet [IMPD Ex 6] | | | |
| 7 | Clothing [IMPD Ex 7] | | | |
| 8 | Fired 5.7 x 28 caliber cartridge case [IMPD Ex 8] | | | |
| 9 | Left shoe [IMPD Ex 9] | | | |
| 10 | Right shoe [IMPD Ex 10] | | | |
| 11 | Condom wrapper [IMPD Ex 11] | | | |
| 12.2 | Fired .40 caliber cartridge cases (2) [IMPD Ex 12.2] | | | |
| 12.3 | Fired bullet [IMPD Ex 12.3] | | | |
| 13 | Fired .40 caliber cartridge case [IMPD Ex 13] | | | |
| 14 | Fired .40 caliber cartridge case [IMPD Ex 14] | | | |
| 15 | Fired .40 caliber cartridge case [IMPD Ex 15] | | | |
| 16 | Fired .40 caliber cartridge case [IMPD Ex 16] | | | |
| 17 | Fired .40 caliber cartridge case [IMPD Ex 17] | | | |

| | | | | |
|---|---|---|---|---|
| 18 | Fired .40 caliber cartridge case [IMPD Ex 18] | | | |
| 19 | Fired .40 caliber cartridge case [IMPD Ex 19] | | | |
| 20 | Fired .40 caliber cartridge case [IMPD Ex 20] | | | |
| 21 | Fired .40 caliber cartridge case [IMPD Ex 21] | | | |
| 22 | Fired .40 caliber cartridge case [IMPD Ex 22] | | | |
| 23 | Fired 5.7 x 28 caliber cartridge case [IMPD Ex 23] | | | |
| 24 | Fired .40 caliber cartridge case [IMPD Ex 24] | | | |
| 25 | Two (2) fired .40 caliber cartridge cases [IMPD Ex 25] | | | |
| 26 | Fired 5.7 x 28 caliber cartridge case [IMPD Ex 26] | | | |
| 27 | Fired 5.7 x 28 caliber cartridge case [IMPD Ex 27] | | | |
| 28 | Glock magazine [IMPD Ex 28] | | | |
| 29 | .40 caliber Glock Model 23 handgun, serial # WKK960 | | | |
| 30 | OMITTED | | | |
| 31 | OMITTED | | | |
| 32 | Fired .40 caliber cartridge case | | | |
| 33 | Fired bullet jacket | | | |
| 34 | OMITTED | | | |
| 35 | Glock magazine w/13 unfired rounds | | | |
| 36 | OMITTED | | | |
| 37 | Fired 5.7 x 28 caliber cartridge case | | | |
| | | | | |
| 51 | Fired bullet jacket, recovered from mid back | | | |
| 52A | Fired bullet & jacket, recovered from left hip | | | |
| 53 | Fired bullet jacket, recovered from sweatshirt (left pocket) | | | |
| 54A | Fired bullet & jacket, recovered from right thigh | | | |
| 55 | Fired bullet jacket, recovered from left shoulder | | | |
| 56 | Fired bullet jacket, recovered from left thigh | | | |
| 57 | Fired bullet jacket, recovered from left knee | | | |
| | | | | |
| 61 | Black Samsung Galaxy Android phone | | | |
| | | | | |
| 71 | 911 Call from Isabella Teague | | | |
| | | | | |
| 81 | Still photograph of T. Glenn entering Extended Stay Suites, 10/11/2023 at 9:52 AM | | | |
| | | | | |
| | **Photographs of Participants** | | | |
| 91 | Photograph of Shyanne Williams | | | |
| 92 | Photograph of Isabella Teague | | | |
| 93 | Photograph of Shelby Rogers | | | |
| 94 | Photograph of Charles Polk, Jr. | | | |
| 95 | Photograph of Shelley Dukes | | | |
| 96 | Photo of TreShawn Glenn | | | |

| | | | | |
|---|---|---|---|---|
| 97 | Photo of Hailey Trafficana | | | |
| 98 | Photo of Marissa Fountain | | | |
| | | | | |
| | **Murder Scene – 10/11/1967** | | | |
| 100 | Diagram of 8520 Northwest Blvd., Room 330 | | | |
| 101 | Photograph of 8520 Northwest Boulevard | | | |
| 102 | Photograph of Tre Shawn Glenn on hotel room floor | | | |
| 103 | Photograph of Tre Shawn Glenn on hotel room floor | | | |
| 104 | Photograph of Ex 1 in place | | | |
| 105 | Photograph of Ex 1 in place | | | |
| 106 | Photograph of Ex 2 in place | | | |
| 107 | Photograph of Ex 2 in place | | | |
| 108 | Photograph of Ex 3 & 4 in place | | | |
| 109 | Photograph of Ex 3 in place | | | |
| 110 | Photograph of Ex 4 in place | | | |
| 111 | Photograph of Ex 5 & 6 in place | | | |
| 112 | Photograph of Ex 5 in place | | | |
| 113 | Photograph of Ex 6 in place | | | |
| 114 | Photograph of Ex 7 in place | | | |
| 115 | Photograph of Ex 8-11 in place | | | |
| 116 | Photograph of Ex 8 in place | | | |
| 117 | Photograph of Ex 9 in place | | | |
| 118 | Photograph of Ex 10 in place | | | |
| 119 | Photograph of Ex 11 in place | | | |
| 120 | Photograph of Ex 12-13, 26-27 in place | | | |
| 121 | Photograph of Ex 13 in place | | | |
| 122 | Photograph of Ex 14-16 in place | | | |
| 123 | Photograph of Ex 14 in place | | | |
| 124 | Photograph of Ex 15 in place | | | |
| 125 | Photograph of Ex 16 in place | | | |
| 126 | Photograph of Ex 16 in place | | | |
| 127 | Photograph of Ex 17-20, 22-25 in place | | | |
| 128 | Photograph of Ex 17 in place | | | |
| 129 | Photograph of Ex 18 in place | | | |
| 130 | Photograph of Ex 19 in place | | | |
| 131 | Photograph of Ex 20 in place | | | |
| 132 | Photograph of Ex 21 in place | | | |
| 133 | Photograph of Ex 21 in place | | | |
| 134 | Photograph of Ex 22 in place | | | |
| 135 | Photograph of Ex 23 in place | | | |
| 136 | Photograph of Ex 24 in place | | | |
| 137 | Photograph of Ex 25 in place | | | |
| 138 | Photograph of Ex 26 in place | | | |
| 139 | Photograph of Ex 27 in place | | | |

| | | | | |
|---|---|---|---|---|
| 140 | Photograph of Ex 27 in place | | | |
| 141 | Photograph of Ex 28-29, 31 in place | | | |
| 142 | Photo of Ex 28 in place | | | |
| 143 | Photo of Ex 29 in place | | | |
| 144 | Photo of Ex 29 in place | | | |
| 145 | Photo of Ex 31 in place | | | |
| 146 | Photo of Ex 32 & 33 in place | | | |
| 147 | Photo of Ex 32 in place | | | |
| 148 | Photo of Ex 33 in place | | | |
| 149 | Photo of Ex 35 in place | | | |
| 150 | Photo of Ex 35 in place | | | |
| 151 | Photo of Ex 37 in place | | | |
| 152 | Photo of Ex 37 in place | | | |
| | | | | |
| | **Initial Search of Exhibit 61 – October 12, 2024** | | | |
| 181 | Photograph of Wallpaper | | | |
| 182 | Photograph of accounts | | | |
| 183 | Photograph of Facebook home page | | | |
| 184 | Photograph of Facebook profile page | | | |
| 185 | Photograph of "Call Me a Pimp" image | | | |
| 186 | Photograph of "Drop It" image | | | |
| 187 | Photograph of "I Wouldn't Make It" image | | | |
| 188 | Photograph of safe & money image | | | |
| 189 | Photograph of Mega Personals ad | | | |
| 190 | Photograph of "GMG" post | | | |
| 191 | Photograph of "You Call Me a Pimp" post | | | |
| 192 | Photograph of "PIMP" post | | | |
| 193 | Photograph of "Tonight is a Good Night" post | | | |
| 194 | Photograph of "Bout to Board Da Jet" post | | | |
| 195 | Photograph of "GMG Official" post | | | |
| | | | | |
| | **Evidence Obtained from Full Search of Exhibit 61** | | | |
| 201 | Preliminary Device Report for Exhibit 61 | | | |
| 202 | Video of K. McDonald, 7/26/2023 | | | |
| 202M | Metadata for Ex 202 | | | |
| 203 | Video of K. McDonald, I. Teague, & S. Williams w/firearm, 8/17/2023 | | | |
| 203M | Metadata for Ex PH1-63 | | | |
| 204 | Photo of K. McDonald & firearm, 8/17/2023 | | | |
| 205 | Video of K. McDonald w/firearm, 8/22/2023 | | | |
| 205M | Metadata for Ex PH1-8 | | | |
| 206 | Video of I. Teague & K. McDonald, 9/1/2023 | | | |
| 206M | Metadata for Ex PH1-35 | | | |
| 207 | Photograph of K. McDonald w/cellphones & firearm, 9/1/2023 | | | |

| | | | | |
|---|---|---|---|---|
| 208 | Text message exchange w/telephone number (313) 855-3884, 10/10/2023 | | | |
| 209 | Text message exchange w/telephone number (463) 248-3368, 10/10/2023 | | | |
| 210 | Text message exchange w/telephone number (463) 233-1863, 10/10/2023 | | | |
| 211 | Text message exchange w/telephone number (317) 606-4178, 10/10/2023 | | | |
| 212 | Image of S. Williams, 7/3/2023 | | | |
| 213 | "GMG" Video, 8/19/2023 | | | |
| 213M | Metadata for Ex 213 | | | |
| 214 | Video of K. McDonald, 8/22/2023 | | | |
| 214M | Metadata for Ex 214 | | | |
| 215 | Text message from K. McDonald to S. Williams, 6/9/2023 | | | |
| 216 | Greyhound bus itinerary of K. McDonald, 6/21/2023 | | | |
| 217 | Text message from S. Williams to K. McDonald, 6/27/2023 | | | |
| 218 | Text message exchange between K. McDonald & S. Williams, 6/27/2023 | | | |
| 219 | Text message exchange between K. McDonald & S. Williams, 6/27/2023 | | | |
| 220 | Text message exchange between K. McDonald & S. Williams, 6/27/2023 | | | |
| 221 | Text message exchange between K. McDonald & S. Williams, 6/29/2023 | | | |
| 222 | Text message exchange between K. McDonald & S. Williams, 6/29/2023 | | | |
| 223 | Text message exchange between K. McDonald & S. Williams, 7/1/2023 | | | |
| 224 | Text message exchange between K. McDonald & S. Williams, 7/3/2023 | | | |
| 225 | Facebook post of K. McDonald, 7/3/2023 | | | |
| 226 | Text message exchange between K. McDonald & S. Williams, 7/4/2023 | | | |
| 227 | Photograph of K. McDonald & S. Williams, 7/5/2023 | | | |
| 228 | Text message exchange between K. McDonald & S. Williams, 7/8/2023 | | | |
| 229 | Text message exchange between K. McDonald & S. Williams, 7/9/2023 | | | |
| 230 | Text message exchange between K. McDonald & S. Williams, 7/9/2023 | | | |
| 231 | MegaPersonals Ad for S. Williams | | | |
| 232 | Text message exchange between K. McDonald & Unknown Male, 10/11/2023 | | | |

| | | | | |
|---|---|---|---|---|
| 233 | Video of K. McDonald & S. Williams w/money, 7/2/2023 | | | |
| 233M | Metadata for Ex 233 | | | |
| 234 | Video of K. McDonald's hand w/money, 7/23/2023 | | | |
| 234M | Metadata for Ex 234 | | | |
| 235 | Photograph of K. McDonald w/money, 8/21/2023 | | | |
| 236 | Video of K. McDonald & S. Williams w/money, 9/2/2023 | | | |
| 236M | Metadata for Ex 236 | | | |
| 237 | Video of car driving to Cincinnati, 8/16/2023 | | | |
| 237M | Metadata for Ex 237 | | | |
| 238 | Video of K. McDonald, S. Williams, I. Teague, & S. Rogers driving to Cincinnati, 8/16/2023 | | | |
| 238M | Metadata for Ex 238 | | | |
| 239 | Video of K. McDonald, S. Williams, I. Teague, & S. Rogers in car, 8/17/2023 | | | |
| 239M | Metadata for Ex 239 | | | |
| 240 | Video of K. McDonald, S. Williams, I. Teague, & S. Rogers in car, 8/17/2023 | | | |
| 240M | Metadata for Ex 240 | | | |
| 241 | Text message exchange between K. McDonald & S. Rogers, 8/19/2023 | | | |
| 242 | Photo of S. Williams, 6/13/2023 | | | |
| 243 | Screenshot of Facebook post of K. McDonald, 7/3/2023 | | | |
| 244 | Video of S. Williams, 7/7/2023 | | | |
| 244M | Metadata for Ex 244 | | | |
| 245 | Video of S. Williams & K. McDonald, 7/25/2023 | | | |
| 245M | Metadata for Ex 245 | | | |
| 246 | Video of S. Williams, I. Teague, & K. McDonald, 8/19/2023 | | | |
| 246M | Metadata for Ex 246 | | | |
| 247 | Video of S. Williams & I. Teague, 8/25/2023 | | | |
| 247M | Metadata for Ex 247 | | | |
| 248 | Photo of S. Williams & I. Teague, 8/26/2023 | | | |
| 249 | Video of S. Williams & I. Teague, 8/28/2023 | | | |
| 249M | Metadata for Ex 249 | | | |
| 250 | Text message exchange between K. McDonald & Unknown Male, 8/18/2023 | | | |
| 251 | Text message exchange between K. McDonald & S. Dukes, 8/11/2023 | | | |
| 252 | Photo of I. Teague, 8/4/2023 | | | |
| 253 | Photo of I. Teague, 8/4/2023 | | | |
| 254 | Photo of I. Teague's driver's license, 8/4/2023 | | | |
| 255 | Photo of I. Teague's Mississippi identification, 8/4/2023 | | | |

| | | | | |
|---|---|---|---|---|
| 256 | Video of I. Teague at Gulfport Airport, 8/5/2023 | | | |
| 256M | Metadata for Ex 256 | | | |
| 257 | Photo of boarding pass, 8/5/2023 | | | |
| 258 | Video of I. Teague on airplane, 8/5/2023 | | | |
| 258M | Metadata for Ex 258 | | | |
| 259 | Photo of I. Teague & S. Williams, 8/6/2023 | | | |
| 260 | Video of I. Teague at Gulfport airport, 8/14/2023 | | | |
| 260M | Metadata for Ex 260 | | | |
| 261 | Video of I. Teague & S. Williams at Indianapolis airport, 8/15/2024 | | | |
| 261M | Metadata for Ex 261 | | | |
| 262 | Video of I. Teague & S. Williams in car, 8/15/2024 | | | |
| 262M | Metadata for Ex 262 | | | |
| 263 | Collage of photos of I. Teague & S. Williams, 10/10/2023 | | | |
| 264 | Text message exchange, 9/2/2023 | | | |
| 265 | Video of K. McDonald, 9/6/2023 | | | |
| 265M | Metadata for Ex 265 | | | |
| 266 | Text message exchange, 9/6/2023 | | | |
| 267 | Text message exchange, 9/16/2023 | | | |
| 268 | Text message exchange, 9/19/2023 | | | |
| 269 | Text message exchange, 9/24/2023 | | | |
| 270 | Text message exchange, 10/4/2023 | | | |
| 271 | Video of I. Teague, 8/18/2023 | | | |
| 271M | Metadata for Ex 271 | | | |
| 272 | Text message exchange between K. McDonald & M. Borrows, 8/10/2023 | | | |
| 273 | Video of K. McDonald, I. Teague, & S. Williams, 9/27/2023 | | | |
| 273M | Metadata for Ex 273 | | | |
| | | | | |
| | **Evidence Obtained from Barone Santiago Facebook account** | | | |
| 301 | Certificate of Authenticity from Facebook | | | |
| 302 | Facebook Messenger exchange w/"Annmarie Juiicy" (p. 4429-30) | | | |
| 303 | Facebook Messenger exchange w/"Miggy Smallz" (p. 2148-49) | | | |
| 304 | Facebook Messenger exchange w/"Nicole Goodrich" (p. 4428-29) | | | |
| 305 | Facebook Messenger exchange w/"Venita Whitesides" (p. 2259-69) | | | |
| 306 | Facebook Messenger exchange w/"Stella Rodriguez" (p. 1958-59) | | | |
| 307 | Facebook Messenger exchange w/"Nena Dulce" (p. 1962) | | | |

| | | | | |
|---|---|---|---|---|
| 308 | Facebook Messenger exchange w/"Natasha Charlotte" (p. 2052-56) | | | |
| 309 | Facebook Messenger exchange w/"Louisa Crist" (p. 2056-2129) | | | |
| 309A | Videos of K. McDonald (p. 2072) | | | |
| 310 | Facebook Messenger exchange w/"James Bong" (p. 1057-60) | | | |
| 311 | Facebook Messenger exchange w/"Rich Rich," 7/12/2023 (p. 1174) | | | |
| 312 | Facebook Messenger exchange w/"Rich Rich," 7/31/2023 (p. 1175-77) | | | |
| 313 | Facebook Status Update, 9/4/2023 at 2:59 UTC (p. 3648-49) | | | |
| 314 | Facebook Status Update, 9/4/2023 at 3:30 UTC (p. 3646-47) | | | |
| 315 | Facebook Status Update, 10/8/2023 at 12:15 UTC (p. 3645-46) | | | |
| 316 | Facebook Status Update, 8/27/2023 (p. 3650) | | | |
| 317 | Facebook Messenger exchange w/Shelby Rogers, 8/14-15, 2023 (p. 1854-71) | | | |
| 318 | Facebook Messenger exchange w/Shelby Rogers, 8/15/2023 (p. 1872-86) | | | |
| 319 | Facebook Messenger exchange w/Shelby Rogers, 8/15/2023 (p. 1895-1900) | | | |
| 320 | Facebook Messenger exchange w/Shelby Rogers, 8/15/2023 (p. 1910-11) | | | |
| 321 | Facebook Messenger exchange w/Shelby Rogers, 8/15/2023 (p. 1915-22) | | | |
| 322 | Facebook Messenger exchange w/Shelby Rogers, 8/15/2023 (p. 1920-22) | | | |
| 323 | Facebook Messenger exchange w/Shelby Rogers, 8/15-16, 2023 (p. 1927-28) | | | |
| 324 | Facebook Messenger exchange w/Shelby Rogers, 8/16/2023 (p. 1930-33) | | | |
| 325 | Facebook Messenger exchange w/Shelby Rogers, 8/16/2023 (p. 1937-38) | | | |
| 326 | Facebook Messenger exchange w/Shelby Rogers, 8/17/2023 (p. 1941-43) | | | |
| 327 | Facebook Messenger exchange w/Shelley Dukes, 5/31/2023 (p. 1327-31) | | | |
| 328 | Facebook Messenger exchange w/Shelley Dukes, 6/1/2023 (p. 1376-79) | | | |
| 329 | Facebook Messenger exchange w/Shelley Dukes, 6/5/2023 (p. 1382-84) | | | |
| 330 | Facebook Messenger exchange w/Shelley Dukes, | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 6/14/2023 (p. 1388-89) |  |  |  |
| 331 | Facebook Messenger exchange w/Shelley Dukes, 6/17/2023 (p. 1418) |  |  |  |
| 332 | Facebook Messenger exchange w/Shelley Dukes, 7/9/2023 (p. 1420-1433) |  |  |  |
| 332A | Video from Exhibit 332 |  |  |  |
| 333 | Facebook Messenger exchange w/Shelley Dukes, 7/10/2023 (p. 1435-51) |  |  |  |
| 333A | Video from Exhibit 333 (782793299989266) |  |  |  |
| 333B | Video from Exhibit 333 (589221313395441) |  |  |  |
| 334 | Facebook Messenger exchange w/Shelley Dukes, 7/10/2023 (p. 1453-55) |  |  |  |
| 335 | Facebook Messenger exchange w/Shelley Dukes, 7/11/2023 (p. 1457-61) |  |  |  |
| 336 | Facebook Messenger exchange w/Shelley Dukes, 7/17/2023 (p. 1464-68) |  |  |  |
| 337 | Facebook Messenger exchange w/Shelley Dukes, 7/19/2023 (p. 1470-73) |  |  |  |
| 338 | Facebook Messenger exchange w/Shelley Dukes, 7/20/2023 (p. 1503-05) |  |  |  |
| 339 | Facebook Messenger exchange w/Shelley Dukes, 7/21/2023 (p. 1506-08) |  |  |  |
| 340 | Facebook Messenger exchange w/Shelley Dukes, 7/22/2023 (p. 1508-12) |  |  |  |
| 341 | Facebook Messenger exchange w/Shelley Dukes, 7/23/2023 (p. 1513-21) |  |  |  |
| 342 | Facebook Messenger exchange w/Shelley Dukes, 7/25/2023 (p. 1529-30) |  |  |  |
| 343 | Facebook Messenger exchange w/Shelley Dukes, 7/26/2023 (p. 1531-41) |  |  |  |
| 343A | Video from Exhibit 343 (295243093015101) |  |  |  |
| 344 | Facebook Messenger exchange w/Shelley Dukes, 8/3/2023 (p. 1550-55) |  |  |  |
| 345 | Facebook Messenger exchange w/"Juanita Bell" (p. 1279-82) |  |  |  |
| 346 | Facebook Cover Photo, 4/10/2023 (p. 1043) |  |  |  |
| 347 | Facebook Cover Photo, 4/26/2023 (p. 1045) |  |  |  |
| 348 | Facebook Cover Photo, 6/9/2023 (p. 1041) |  |  |  |
| 349 | Facebook images, 10/8/2023 (p. 1312-17) |  |  |  |
|  |  |  |  |  |
|  | **Arrest of Kristopher McDonald – June 10, 2024** |  |  |  |
| 401 | Blue cellular telephone seized from K. McDonald |  |  |  |
| 402 | Preliminary Device Report for Ex. 401 |  |  |  |
| 403 | Photo of M. Fountain, D. Alhambra, & S. Williams, 4/3/2024 |  |  |  |
| 404 | Photo of M. Fountain, K. McDonald, & S. Williams, 4/3/2024 |  |  |  |

| | | | | |
|---|---|---|---|---|
| 405 | WhatsApp exchange w/S. Williams, 4/3/2024 | | | |
| 406 | Photo of M. Fountain & S. Williams, 4/7/2024 | | | |
| 407 | WhatsApp exchange w/S. Williams, 4/8/2024 | | | |
| 408 | WhatsApp exchange w/S. Williams, 4/10/2024 | | | |
| 409 | Photo of M. Fountain & S. Williams, 4/15/2024 | | | |
| 410 | Redacted post-Miranda statement of K. McDonald, 6/10/2024 | | | |
| 410T | Transcript of Exhibit 410 | | | |
| | | | | |
| | **Autopsy Photographs** | | | |
| 421 | Photo: body (in bag) as received at morgue [1404] | | | |
| 422 | Photo: tag placed on body bag at scene [1405] | | | |
| 423 | Photo: body as received at morgue [1406] | | | |
| 424 | Diagram: 14 wounds | | | |
| 425 | OMITTED | | | |
| 426 | Photo: throat wound, entry (Injury I) [1439] | | | |
| 427 | Photo: throat wound, exit (Injury I) [1453] | | | |
| 428 | Photo: throat wound, probe (Injury 1) [1486] | | | |
| 429 | Photo: back (under shoulder blade) wound (Injury II) [1540] | | | |
| 430 | Photo: front chest wound (Injury III) [1452] | | | |
| 431 | Photo: left flank small wound (Injury IV); left flank longer (Injury V); left wrist wound (Injury VII); higher on buttocks (Injury IX); lower on buttocks (Injury X); on upper right leg (Injury XI) [1552] | | | |
| 432 | Photo: wrist injury, probe (Injury VII) [1527] | | | |
| 433 | Photo: upper right hip (Injury VIII), high buttocks wound (Injury IX), low buttocks wound (Injury X) [1571] | | | |
| 434 | Photo: entrance of Injury VI through right forearm [1502] | | | |
| 435 | Photo: exit of Injury VI through right upper arm [1499] | | | |
| 436 | Photo: probe of Injury VI [1487] | | | |
| 437 | Photo: Injury XII (higher on leg) and Injury XIII (lower on leg) [1538] | | | |
| 438 | Photo: Injury XIV, entry (top of foot) [1516] | | | |
| 439 | Photo: Injury XIV, exit (bottom of foot) [1521] | | | |
| 440 | Photo: Injury XIV, probe [1531] | | | |
| | | | | |
| | **Miscellaneous Business Records** | | | |
| 501 | Delta Airlines records, 8/5/2023 (I. Teague) | | | |
| 502 | United Airlines records, 8/14/2023 (I. Teague) | | | |
| 503 | ATF trace of Exhibit 3 (FN Herstal pistol) | | | |
| 504 | ATF trace of Exhibit 29 (Glock handgun) | | | |
| | | | | |

|     | **IRS Documents** |  |  |  |
| --- | --- | --- | --- | --- |
| 511 | Certification of Non-Existence of Records for Defendant McDonald (2022-2023) |  |  |  |
| 512 | IRS Payee Documents for McDonald (2022-2023) |  |  |  |
|     |     |  |  |  |
|     | **CashApp Summary Records** |  |  |  |
| 521 | Summary Chart: McDonald CashApp activity on 8/5/2023 (flight) |  |  |  |
| 522 | Summary Chart: Teague CashApp activity on 8/5/2023 (flight) |  |  |  |
| 523 | Summary Chart: McDonald CashApp payments to Shelby Rogers |  |  |  |
| 524 | Summary Chart: CashApp payments – Isabella Teague |  |  |  |
| 525 | Summary Chart: CashApp payments – Shyanne Williams |  |  |  |
|     |     |  |  |  |
|     | **Plea Documents** |  |  |  |
| 531 | Plea Agreement – Shelley Dukes |  |  |  |
| 532 | Plea Addendum – Shelley Dukes |  |  |  |
| 533 | Guidelines Chart – Shelley Dukes |  |  |  |
|     |     |  |  |  |
|     | **Stipulations** |  |  |  |
| 541 | Stipulation – Felony Conviction |  |  |  |
| 542 | Stipulation – Interstate Nexus for Firearm |  |  |  |
| 543 | Stipulation – Chain of Custody (Exhibits 51-57) |  |  |  |
| 544 | Stipulation – 911 Call |  |  |  |

 

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: *s/Bradley A. Blackington*
       _____
       Bradley A. Blackington
       Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*s/Bradley A. Blackington*

Bradley A. Blackington
United States Attorney's Office
10 W. Market St., Suite 2100
Indianapolis, IN   46204
Phone:   (317) 226-6333
Fax:   (317) 226-6125
E-mail: bradley.blackington@usdoj.gov