UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTOPHER McDONALD, | ) Case No. 1:24-cr-0090-TWP-MJD-01 |
| a/k/a Barone Santiago, | ) |
| a/k/a Solja, | ) |
| | ) |
| Defendants, | ) |

## VERDICT

### COUNT ONE: MURDER IN AID OF RACKETEERING ACTIVITY

With respect to the charge of committing murder in aid of racketeering activity, in violation of Title 18, United States Code, Section 1959(a)(1), as described in Count One of the Second Superseding Indictment, we, the jury, unanimously find as follows:

NOT GUILTY _____          GUILTY ___✓_____

5/12/2025
Date

Foreperson

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTOPHER McDONALD, | ) | Case No. 1:24-cr-0090-TWP-MJD |
| a/k/a Barone Santiago, | ) | |
| a/k/a Solja, | ) | |
| | ) | |
| Defendants, | ) | |

## VERDICT

## COUNT TWO: BRANDISHING AND DISCHARGING A FIREARM DURING A CRIME OF VIOLENCE

With respect to the charge of brandishing and discharging a firearm during a crime of violence, in violation of Title 18, United States Code, Section 924(c), as described in Count Two of the Second Superseding Indictment, we, the jury, unanimously find as follows:

NOT GUILTY _____         GUILTY \_\_✓_____

## ADDITIONAL QUESTIONS REGARDING COUNT TWO

*IF YOU HAVE FOUND KRISTOPHER McDONALD GUILTY OF COUNT TWO, above, answer the following Additional Questions Pertaining to Count Two.*

*IF YOU HAVE FOUND KRISTOPHER McDONALD NOT GUILTY OF COUNT TWO, skip the following additional questions and proceed to Count Three.*

2

Additional Question 1 (Count Two):

With respect to Count Two, we the jury, find that the government has proven beyond a reasonable doubt that KRISTOPHER McDONALD discharged a firearm during and in relation to a crime of violence: [*check only one line*]:

Yes    ✓     

No       

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 1, skip Additional Questions 2 and 3 and proceed to Count Three.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 1, answer Additional Question 2 regarding Count Two.*

Additional Question 2 (Count Two):

With respect to Count Two, we the jury, find that the government has proven beyond a reasonable doubt that KRISTOPHER McDONALD brandished a firearm during and in relation to a crime of violence: [*check only one line*]:

Yes       

No       

*IF YOU HAVE ANSWERED "YES" TO ADDITIONAL QUESTION 2, skip Additional Question 3 and proceed to Count Three.*

*IF YOU ANSWERED "NO" TO ADDITIONAL QUESTION 2, answer Additional Question 3 regarding Count Two.*

3

Additional Question 3 (Count Two):

      With respect to Count Two, we the jury, find that the government has proven beyond a reasonable doubt that KRISTOPHER McDONALD carried and used a firearm during and in relation to a crime of violence: [*check only one line*]:

          Yes _____

          No _____

*REGARDLESS OF YOUR ANSWER TO ADDITIONAL QUESTION 3, proceed to Count Three.*

5/12/2025
Date

                                Foreperson

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )
                                   )
KRISTOPHER McDONALD,               )  Case No. 1:24-cr-0090-TWP-MJD
        a/k/a Barone Santiago,     )
        a/k/a Solja,               )
                                   )
        Defendants,                )

## VERDICT

## COUNT THREE: POSSESSION OF A FIREARM BY CONVICTED FELON

With respect to the charge of possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), as described in Count Three of the Second Superseding Indictment, we, the jury, unanimously find as follows:

        NOT GUILTY _____          GUILTY ___✓____

5/12/2025
Date                                    Foreperson

5

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,               )
                                        )
    Plaintiff,                         )
                                        )
       v.                             )
                                        )
KRISTOPHER McDONALD,                    )  Case No. 1:24-cr-0090-TWP-MJD
    a/k/a Barone Santiago,             )
    a/k/a Solja,                       )
                                        )
    Defendants,                        )

## VERDICT

## COUNT FOUR: SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION

With respect to the charge of sex trafficking by force, fraud, or coercion, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1), as described in Count Four of the Second Superseding Indictment, we, the jury, unanimously find as follows:

NOT GUILTY _____          GUILTY \_\_✓\_\_\_\_\_

5/12/2025
Date

Foreperson

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTOPHER McDONALD, | ) Case No. 1:24-cr-0090-TWP-MJD |
| a/k/a Barone Santiago, | ) |
| a/k/a Solja, | ) |
| | ) |
| Defendants, | ) |

**VERDICT**

**COUNT FIVE: SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION**

With respect to the charge of sex trafficking by force, fraud, or coercion, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1), as described in Count Five of the Second Superseding Indictment, we, the jury, unanimously find as follows:

NOT GUILTY _____          GUILTY \_\_✓_____

5/12/2025
Date

Foreperson

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTOPHER McDONALD, | ) | Case No. 1:24-cr-0090-TWP-MJD-01 |
| a/k/a Barone Santiago, | ) | |
| a/k/a Solja, | ) | |
| | ) | |
| Defendants, | ) | |

## VERDICT

## COUNT SIX: ENTICING AN INDIVIDUAL TO TRAVEL IN INTERSTATE COMMERCE TO ENGAGE IN PROSTITUTION

With respect to the charge of enticing an individual to travel in interstate commerce to engage in prostitution, in violation of Title 18, United States Code, Section 2422(a), as described in Count Six of the Second Superseding Indictment, we, the jury, unanimously find as follows:

NOT GUILTY _____          GUILTY ____✓____

5/12/2025
Date

Foreperson

8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTOPHER McDONALD, | ) Case No. 1:24-cr-0090-TWP-MJD |
| a/k/a Barone Santiago, | ) |
| a/k/a Solja, | ) |
| | ) |
| Defendants, | ) |

## VERDICT

## COUNT SEVEN: TRAVEL ACT

With respect to the charge of using a facility in interstate commerce to promote unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3), as described in Count Seven of the Second Superseding Indictment, we, the jury, unanimously find as follows:

NOT GUILTY _____          GUILTY __✓_____

5/12/2025
Date

Foreperson

9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KRISTOPHER McDONALD, | ) Case No. 1:24-cr-0090-TWP-MJD |
| a/k/a Barone Santiago, | ) |
| a/k/a Solja, | ) |
| | ) |
| Defendants, | ) |

## VERDICT

## COUNT EIGHT: TRAVEL ACT

With respect to the charge of using a facility in interstate commerce to promote unlawful

activity, in violation of Title 18, United States Code, Section 1952(a)(3), as described in Count

Eight of the Second Superseding Indictment, we, the jury, unanimously find as follows:

NOT GUILTY _____          GUILTY _____ ✓ _____

5/12/2025
Date                                              Foreperson